THOMAS M. LOSIE, on Behalf of Himself and All Other Stockholders of Ken-Vic, Inc., Appellant, v. KEN-VIC, INC., et al., Defendants, and HILLIARD CORPORATION, Defendant-Respondent.

All concur.

FREDERICK J. HELMS, Appellant, v. MILA L. HELMS (now MILA L. NEISS), Respondent.—

All concur.